BOOK 0528 PAGE 1216

1872

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #11 Lien Unit Phone: (800) 913-6050 | Serial Number  241437805 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  ELEANOR M GLASS

Residence

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | | 11/09/1998 | 12/09/2008 | 67293.05 |
| 1040 | 12/31/1995 | | 11/09/1998 | 12/09/2008 | 1546.61 |
| 1040 | 12/31/1996 | | 11/09/1998 | 12/09/2008 | 3386.84 |
| 1040 | 12/31/1999 | | 03/31/2003 | 04/30/2013 | 55998.31 |

06 1619
**FILED**
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Place of Filing
COUNTY CLERK
CHAVES COUNTY
ROSWELL, NM 88202-0580

Total  $  128224.81

This notice was prepared and signed at  DENVER, CO  , on this,

the  03rd  day of  August  , 2005.

| Signature for MIKE PRYOR | Title REVENUE OFFICER (303) 231-5270 x2290 | 31-10-4668 |
|---|---|---|

STATE OF NEW MEXICO, COUNTY OF CHAVES, ss

FILED FOR RECORD  AUGUST 11, 2005  at  12:03  o'clock  P M.

Receipt No.  264571   Fee  $9.00   Book  528  Page  1216

RHODA C. COAKLEY, COUNTY CLERK   By   Deputy
US IRS PO BOX 145595 CINCINNATI, OH 45250