AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELEANOR M. GLASS

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01619

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 09/18/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

ELEANOR M. GLASS
600 GOLONDRINA
ROSWELL, N.M.

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

SEP 18 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | October 10, 2006 |
| NAME OF SERVER (PRINT)  Shirley M. Taylor | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

■ Other (specify): The U.S. Government was served by placing the attached summons + a copy of the complaint in an envelope + sending by certified mail return receipt requested pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service as evidenced by the attached Postal green card is Oct 10, 2006  Certified mail # 7005 1820 0007 6434 3600

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  Cost of mailing $4.88 | TOTAL  $4.88 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct 23, 2006     *Shirley M. Taylor*
                              Signature of Server

1404 S. Lea Ave
Roswell, NM 88203
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>OCT 0 2 2006 |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>US Attorney General<br>Civil Process Clerk<br>950 Penn Ave<br>Washington DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (Transfer...) | 7005 1820 0007 6434 3617 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Eleana Glass
600 Sobondrina
Roswell, NM 88201



RECEIVED
OCT 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELEANOR M. GLASS

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01619

JUDGE: Ellen Segal Huvelle

DECK TYPE: Pro se General Civil

DATE STAMP: 09/18/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  PRO SE  (name and address)

ELEANOR M. GLASS
600 GOLONDRINA
ROSWELL, N.H.

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

SEP 18 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | October 2, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Shirley M Taylor | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

■ Other (specify): The U.S. Government was served by placing the attached summons + a copy of the Complaint in an envelope + sending by certified mail return receipt requested pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service as evidenced by the attached Postal green card is Oct 7, 2006  Certified mail # 7005 1820 0007 6434 3606

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Cost of mailing $4.88 | $4.88 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct 23 2006    *Shirley M. Taylor*
                                        Signature of Server

                                         1404 S. Lea Ave.
                                         Roswell, NM 88203
                                         Address of Server

**RECEIVED**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>Kenneth Wainstein<br>US Attorney<br>501 3rd St NW<br>Washington DC 20001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from _____ )  7005 1820 0007 6434 3600 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Eleanor Glass
600 Solondrina
Roswell NM 88201



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0007 6434 3600**
Status: **Delivered**

Your item was delivered at 11:27 am on October 10, 2006 in WASHINGTON, DC 20530.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy