IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1619-ESH |
| | ) |
| UNITED STATES | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' MOTION TO DISMISS

The United States moves to dismiss this action. As grounds for this motion, the United States asserts that Plaintiff's complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: December 12, 2006                    Respectfully submitted,

                                                                  /s/ Nicole M. Stoduto
                                                            NICOLE M. STODUTO
                                                             Trial Attorney, Tax Division
                                                             U.S. Department of Justice
                                                             Post Office Box 227
                                                             Washington, DC 20044
                                                             Telephone: (202) 616-9785
                                                             Facsimile: (202) 514-6966
                                                             Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney