IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-1619-ESH |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, PROPOSED ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiff *pro se* on the 12th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ELEANOR M. GLASS
Plaintiff *pro se*
600 Golondrina Drive
Roswell, NM 88201

/s/ Nicole M. Stoduto
NICOLE M. STODUTO