IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:06-cv-1619-ESH ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

## UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT

The United States moves to dismiss the amended complaint filed in this action. Plaintiff's amended complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: January 26, 2007                Respectfully submitted,

                                                                   /s/ Nicole M. Stoduto
                                                    NICOLE M. STODUTO
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    Post Office Box 227
                                                    Washington, DC 20044
                                                    Telephone: (202) 616-9785
                                                    Facsimile: (202) 514-6966
                                                    Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney