IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1619-ESH |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

ORDER

Having considered the United States' motion to dismiss amended complaint, memorandum in support thereof, and any oppositions and replies thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss amended complaint be and is GRANTED;

ORDERED that Plaintiff's amended complaint be and is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 616-9785
Facsimile: (202) 514-6966
Email: Nicole.M.Stoduto@usdoj.gov

ELEANOR M. GLASS
Plaintiff *pro se*
600 Golondrina Drive
Roswell, NM 88201

- 2 -