IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1619-ESH |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, and PROPOSED ORDER were caused to be served upon Plaintiff *pro se* on the 26th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ELEANOR M. GLASS
Plaintiff *pro se*
600 Golondrina Drive
Roswell, NM 88201

      /s/ Nicole M. Stoduto
NICOLE M. STODUTO