UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELEANOR M. GLASS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-01619 (ESH)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

  Plaintiff filed her original complaint in this action on September 18, 2006, and on December 12, 2006, defendant filed a motion to dismiss. Plaintiff thereafter filed an amended complaint on January 11, 2007. Defendant has now filed a motion to dismiss the amended complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro se* in this case.

  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Accordingly, it is hereby

  **ORDERED** that defendant's motion to dismiss the original complaint in this matter [Dkt. # 4] is **DENIED AS MOOT**, as plaintiff has since amended her complaint and defendant has filed a motion to dismiss the amended complaint; and it is further

  **ORDERED** that plaintiff shall respond to defendant's motion to dismiss the amended complaint [Dkt. # 7] no later than February 28, 2007. If plaintiff neither responds nor moves for

an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: January 29, 2007