IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 1:06-cv-1619-ESH |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007                                         Respectfully submitted,


                                                                 /s/ Anne E. Blaess
                                                                ANNE E. BLAESS
                                                                Trial Attorney, Tax Division
                                                                U.S. Department of Justice
                                                                Post Office Box 227
                                                                Ben Franklin Station
                                                                Washington, D.C. 20044
                                                                Telephone: (202) 616-9806
                                                                Facsimile: (202) 514-6866
                                                                Email: Anne.E.Blaess@usdoj.gov