IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1619-ESH |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ELEANOR M. GLASS
Plaintiff *pro se*
600 Golondrina Drive
Roswell, NM 88201

      /s/ Anne E. Blaess
      ANNE E. BLAESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:06-cv-1619-ESH |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ELEANOR M. GLASS
Plaintiff *pro se*
600 Golondrina Drive
Roswell, NM 88201

/s/ Anne E. Blaess
ANNE E. BLAESS