## United States District Court
### IN THE DISTRICT OF COLUMBIA

RECEIVED
FEB 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

,Eleanor M. Glass

        Plaintiff(s),

Case No. 1:06-cv-01619 ESH

v.

United States

        Defendant.

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: February 23, 2007

_Eleanor M. Glass_
Eleanor M. Glass

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Nicole M. Stoduto
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044

Dated *February 23*, 2007

*Eleanor M Glass*
Eleanor M. Glass